**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EEVEON DIECKMANN,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGESTONE RETAIL OPERATIONS, LLC d/b/a FIRESTONE COMPLETE AUTO CARE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:26-cv-00792-SEP |

**ORDER**

Upon review of the record, the Court notes that the file contains no proof of service upon, nor entry of appearance on behalf of, Defendant Bridgestone Retail Operations, LLC. Because it does not appear that service upon this Defendant has been effected within 90 days after the filing of the Complaint on May 19, 2026,

**IT IS HEREBY ORDERED**, pursuant to Fed. R. Civ. P. 4(m), that Plaintiff shall show cause in writing, within **14 days** of the date of this Order, why this action should not be dismissed without prejudice as to Defendant Bridgestone Retail Operations, LLC, for lack of timely service. Failure to timely comply with this Order will result in the dismissal of Plaintiff's claims against Bridgestone Retail Operations, LLC, without prejudice and without further notice.

Dated this 9th day of September, 2026.

Sarah E. Pitlyk

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE